1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10
11

MICHELLE GLADNEY, an individual,      ) Case No.: 2:22-CV-02317-KJM-DB
                                      )
12                   Plaintiff,       ) **ORDER ON STIPULATION TO EXTEND**
                                      ) **TIME TO RESPOND TO PLAINTIFF'S**
13          vs.                       ) **COMPLAINT**
                                      )
14   MERCEDES-BENZ USA, LLC, a        )
     Delaware Limited Liability Company, and ) Judge: Hon. Kimberly J. Mueller
15   DOES 1 through 10, inclusive,    )
                                      ) Complaint Filed:  December 30, 2022
16                   Defendants.      ) Current Response Date: January 25, 2023
                                      ) New response date: February 8, 2023
17                                    )

18
19          Per the stipulation of Plaintiff Michelle Gladney and Defendant Mercedes-Benz USA,

20   LLC, and the supporting Declaration of Nathaniel R. Cowden, Defendant Mercedes-Benz USA,

     LLC's deadline to file a response to Plaintiff's Complaint is hereby extended to February 8,
21
     2023.
22
            IT IS SO ORDERED.
23   DATED:  February 6, 2023.

24
25                                                  _____
26                                                  CHIEF UNITED STATES DISTRICT JUDGE
27
28

1

**ORDER ON STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S**
**COMPLAINT**